**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In Re:

    Denise M. Rauff,

                      Debtor.
---------------------------------------------------------x

Case No. 8-23-73512-ast

Chapter 13

**SO ORDERED**
**STIPULATION**

    **WHEREAS,** application having been made to this Court by Rushmore Servicing ("Servicer") as servicer for U.S. Bank National Association, not its individual capacity but solely as trustee for the RMAC Trust, Series 2017-CTT ("Secured Creditor"), by Notice of Motion dated October 24, 2024, for an Order pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) and 11 U.S.C. § 1301, terminating the automatic stay herein as to the lien interest of the Secured Creditor in real property of the debtor commonly known as 52 32nd St., Copiague, NY 11726; and

    **WHEREAS,** the Secured Creditor and the Debtor now seek to amicably resolve the Motion on the terms and conditions set forth herein;

    **It is hereby**:

1. **ORDERED,** That the debtor shall forthwith surrender the property located at 52 32nd St., Copiague, New York 11726; and it is further

2. **ORDERED, T**hat the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby, is hereby terminated pursuant to 11 U.S.C. Section 11U.S.C. §362(d) and 11U.S.C. §362(d)(1) for terminating the automatic stay as to Secured Creditor's interest in real property as to Secured Creditor, its agents, assigns or successors in interest, so that Secured Creditor, its agents, assigns or successors

in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

3. **ORDERED,** That the Secured Creditor agrees to waive any right to a deficiency Judgment for any mortgage arrears that may exist after any foreclosure sale.

                              Law Firm of Lawrence S. Lefkowitz LLC

Dated: February 4, 2026      By: /s/Lawrence S. Lefkowitz
       Freeport, New York
                                 Lawrence S. Lefkowitz Esq. (ll8067)
                                 Attorney for the Debtor
                                 72 Guy Lombardo Avenue
                                 Freeport, NY 11553

                                 Sheldon May & Associates, P.C.

Dated: February 4, 2026      By: /s/Ted Eric May, Esq.
       Rockville Centre, New York     Ted Eric May, Esq.
                                 Attorney for Rushmore Servicing, as servicing agent for the Secured Creditor
                                 266 Merrick Road
                                 Rockville Centre, New York 11570

SO ORDERED:

Dated: February 11, 2026
       Central Islip, New York



                                                Alan S. Trust
                                 Chief United States Bankruptcy Judge